IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOMESITE INSURANCE COMPANY,

        Plaintiff,

vs.                                    Case No. 1:20-CV-00498 KG/JHR

MICHAEL BACA, NAVARRE BACA,
and SARA CRECCA, as Guardian ad Litem for
I.G.B. and D.G.B., minor children,

        Defendants.

## DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiff, Homesite Insurance Company, Motion for Default Judgment against Defendants Michael Baca and Navarre Baca. (Doc. 19). The Court, finding that entry of default was entered by the Clerk on April 1, 2021, (Doc. 15), and finding that no response to the Motion for Default has been filed of record, the Court finds Plaintiff, Homesite Insurance Company, Motion for Default Judgment well taken, and is granted.

Wherefore,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment is granted.

IT IS FURTHER ORDERED that Defendant Michael Baca and Navarre Baca are not entitled to a defense or coverage under the Homesite Insurance Company homeowner's policy issued to Michael Baca and Navarre Baca related to Second Judicial District Court Cases D-202-CV-2020-02730 and D-202-CV-2020-02957 or any claims brought in those two lawsuits against Michael Baca and Navarre Baca.

IT IS FURTHER ORDERED that this case is now terminated.

<span style="text-align:right; display:block">_____
UNITED STATES DISTRICT JUDGE</span>